Joel E. Elkins (SBN 256020)
jelkins@weisslawllp.com
**WEISSLAW LLP**
9100 Wilshire Blvd. #725 E.
Beverly Hills, CA 90210
Telephone: 310/208-2800
Facsimile:  310/209-2348

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC SABATINI,<br><br>                    Plaintiff,<br><br>    v.<br><br>GREENLANE HOLDINGS, INC., AARON LOCASCIO, ADAM SCHOENFELD, NEIL CLOSNER, RICHARD TANEY, and JEFF UTTZ,<br><br>                    Defendants. | Case No. 2:21-cv-06571-SB-KS<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Eric Sabatini ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") without prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a

- 1 -
NOTICE OF VOLUNTARY DISMISSAL

motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated:  October 1, 2021      **WEISSLAW LLP**

By: */s/ Joel E. Elkins*

Joel E. Elkins
9100 Wilshire Blvd. #725 E.
Beverly Hills, CA 90210
Telephone:  310/208-2800
Facsimile:   310/209-2348
    -and-
Richard A. Acocelli
1500 Broadway, 16th Floor
New York, NY  10036
Telephone: 212/682-3025
Facsimile:  212/682-3010

*Attorneys for Plaintiff*